# COMPLAINT
(for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 OCT -6 P 3 38

CLERK OF COURT

(Full name of plaintiff(s))

Jason Andujar

2200 S 15th Street

Milwaukee, WI 57215

v.

Case Number:
**20-C-1546**

(to be supplied by Clerk of Court)

(Full name of defendant(s))

H & R Block

c/o Bonnie Birdsell

Littler Mendelson, PC

1201 Walnut Street, Suite 1450 Kansas City, MO 64106

A. PARTIES

1. Plaintiff is a citizen of <u>Wisconsin</u> and resides at
   (State)

   <u>2200 S 15th Street Milwaukee, WI 57215</u>
   (Address)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant <u>Wisconsin H & R Block</u>
   (Name)

Complaint – 1

Case 2:20-cv-01546-BHL   Filed 10/06/20   Page 1 of 12   Document 1

is (if a person or private corporation) a citizen of __Wisconsin__
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for __H & R Block 1130 Miller Park Way, West Milwaukee__
(Employer's name and address, if known) __53214__

(If you need to list more defendants, use another piece of paper.)

## B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

Rosanne Beasley - Racial discrimination defendant would make racist jokes at work while on clock once stated I was only hired because I speak spanish her comments in regards to people of latino or spanish orgins were very undergrading and demeaning which came about because I was hired to fill her prior position as Manager of office Team Lead Ass. Also Rosanne attempted to file a complaint against me in retaliation of a write up I gave her for her racial slurs as a manger which was ignored →

On Feb 3rd

Complaint – 2

Micheal Voss - Unrightful termination and defamation of character. Micheal Voss violated my rights as an employee by firing me on the spot in front of all other employees and clients. Micheal also lied and said I did not appear at an event that I myself scheduled and conducted which was a great success. Micheal stated I was unpleasant sent to work with which goes against my character.

[margin note: On Feb 3rd ↗]

Scott Hanson - Unrightful termination Discrimination against person, ethics and work preformance. Scott defamed my work character by stating nobody at work liked me which everyone loved me as well as my preformance witch I performed at best proffesion Scott also lied and said I was put on paid administrative leave which was a lie I was never paid.

[annotation: On Feb 3rd ↑]

## Witnesses

Kim
706-844-4419

Sylvia
682-257-6476

Phylicia Jones

Rafeal Salas

Felice Burks

Anna Antia

C.  JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$ _____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

I ask that the courts find justice for me as a Wisconsin native who was descriminated against for being latino I also ask for Rosanne Beasly to be Fired and that the company pay the grant ammount for Racial discrimination defimation of Character as well as emotional distress and pay all wages from Feb 4th 2020 till april 21, 2020 because they lied about the paid Leave!

Complaint – 4

E.  JURY DEMAND

I want a jury to hear my case.

☒ - YES     ☐ - NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __6__ day of __October__ 20_20_.

Respectfully Submitted,

*Jason Ardjuu* (signature)
Signature of Plaintiff

__414-530-7205__
Plaintiff's Telephone Number

__Pepin-nationwidezfyrestopalo.com__
Plaintiff's Email Address

__2200 S 15th Street Milwaukee, WI 53215__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

## REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE

☒ I DO request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐ I DO NOT request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Wisconsin
### Milwaukee Division

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED
2020 OCT -6 P 3: 41
CLERK OF COURT

Case No. **20-C-1546**
(to be filled in by the Clerk's Office)

Jason Andujar
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

H & R Block
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

Jury Trial: (check one) ☒ Yes ☐ No

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jason Andujar |
   | Street Address | 2200 S 15th Street |
   | City and County | Milwaukee |
   | State and Zip Code | WI 53215 |
   | Telephone Number | (414) 530-7205 |
   | E-mail Address | perin_nationwide2fynest@yahoo.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
- Name: H&R Block c/o Bonnie birdsell
- Job or Title (if known):
- Street Address: Little Mendelson, PC
- City and County: 1201 Walnut Street, Suite 1450
- State and Zip Code: Kansas City, MO 64106
- Telephone Number:
- E-mail Address (if known):

Defendant No. 2
- Name: Rosanne Beasley
- Job or Title (if known): 1130 Miller Park Way
- Street Address: West Milwaukee
- City and County:
- State and Zip Code: 53214
- Telephone Number: (414) 645-3455
- E-mail Address (if known):

Defendant No. 3
- Name: Micheal Voss
- Job or Title (if known):
- Street Address: 1130 Miller Park way
- City and County: West Milwaukee
- State and Zip Code: WI 53214
- Telephone Number: (414) 645-3455
- E-mail Address (if known):

Defendant No. 4
- Name: Scott Hanson
- Job or Title (if known):
- Street Address: 1130 Miller park way
- City and County: West Milwaukee
- State and Zip Code: WI 53214
- Telephone Number: (414) 573-7642
- E-mail Address (if known):

C. **Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | H E R BLOCK |
| Street Address | 1150 Miller parkway |
| City and County | West Milwaukee |
| State and Zip Code | 53214 |
| Telephone Number | (414) 645-3455 |

II. **Basis for Jurisdiction**

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☒ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- [ ] Failure to hire me.
- [x] Termination of my employment.
- [ ] Failure to promote me.
- [ ] Failure to accommodate my disability.
- [x] Unequal terms and conditions of my employment.
- [x] Retaliation.
- [x] Other acts *(specify)*: ethnicity

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)

Feb, 3, 2020

C. I believe that defendant(s) *(check one)*:

- [x] is/are still committing these acts against me.
- [ ] is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- [x] race — racists jokes derogitory comments
- [ ] color
- [ ] gender/sex
- [ ] religion
- [x] national origin — American
- [x] age (year of birth) — 1984 *(only when asserting a claim of age discrimination.)*
- [ ] disability or perceived disability *(specify disability)*

Mentel disability

E. The facts of my case are as follows. Attach additional pages if needed.

H&R BLOCK has defamed my character work ethics discriminated against my ethnicity wrongfully terminated my employement in retaliation of me filing a complaint and lied about putting me on administrative leave with pay!

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

Feb-4-2020

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.
☒ issued a Notice of Right to Sue letter, which I received on *(date)* 8-24-2020

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.
☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

My career was ruined loss of wages emotional distress my social security was effected by this im asking for the full penalty charges be paid by this company!

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 10-6-20

Signature of Plaintiff: *Jason Andujar*
Printed Name of Plaintiff: Jason Andujar

### B. For Attorneys

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Street Address _____
State and Zip Code _____
Telephone Number _____
E-mail Address _____