JASON ANDUJAR,

    Plaintiff,

                Case No. 20-cv-1546-bhl

 v.

H&R BLOCK, et al.

    Defendants,

## ORDER

  On October 6, 2020, pro se plaintiff Jason Andujar filed an employment discrimination complaint against his former employer, H&R Block, and multiple former co-workers. (ECF No. 1.) The Court screened his complaint, pursuant to 28 U.S.C. §1915, and allowed Andujar's case to proceed. (ECF No. 4.) On February 5, 2021, defendants answered the complaint and filed a partial motion to dismiss. (ECF Nos. 11, 13.) On March 8, 2021, after the plaintiff failed to respond to defendants' motion to dismiss, the Court ordered the plaintiff to show cause in writing for his failure to respond timely to the motion. The Court allowed plaintiff until March 15, 2021 to respond and informed him that the Court would dismiss his case if he failed to comply with the order. (ECF No. 16.) As of the date of this order, plaintiff has still not responded to the defendant's motion to dismiss and has failed to respond to the order to show cause. Accordingly,

  **IT IS HEREBY ORDERED** that the plaintiff's case is **DISMISSED** for failure to prosecute based his failure to respond to defendants' motion to dismiss and his failure to respond to the Court's order to show cause. The clerk's office will enter judgment accordingly.

  **IT IS FURTHER ORDERED** that defendants' motion to dismiss, (ECF No. 11), is **DENIED** as moot.

  Dated at Milwaukee, Wisconsin on March 19, 2021.

                    s/ Brett H. Ludwig
                    BRETT H. LUDWIG
                    United States District Judge