UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON ANDUJAR

    Plaintiff,

v.

H&R BLOCK, et al.,

    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No. 20-cv-1546-bhl

☐ **Jury Verdict.** This case came before the court for a trial by jury. The parties have tried the issues, and the jury has rendered its verdict.

☒ **Decision by Court.** This case came before the court, the court has decided the issues, and the court has rendered a decision.

PURSUANT TO THE COURT'S ORDER, the action is DISMISSED and the plaintiff shall recover nothing on the complaint.

Dated: March 19, 2021

GINA M. COLLETTI
Clerk of Court

s/ *Melissa P.*
(By) Deputy Clerk